

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2022

No. 04-22-00257-CV

**IN THE INTEREST OF A.S., A.S. AND S.A.S.,** Children,

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018-FLD-002274-D1
Honorable Selina Nava Mireles, Judge Presiding

# O R D E R

The reporter's record was due May 9, 2022 but was not filed. On May 11, 2022, the court reporter filed a notification of late record, requesting an extension because she had just received the notice of appeal on May 11, 2022. We granted the request of an extension and ordered the court reporter to file the reporter's record by May 31, 2022. On May 27, 2022, the court reporter filed a notification of late record, and on June 6, 2022, the court reporter filed a corrected notification of late record, requesting an extension until June 17, 2022 because appellant's counsel filed his designation of the reporter's record with the clerk's office on June 1, 2022.

Accordingly, we **GRANT** the court reporter's request for an extension of time and **ORDER** the court reporter to file the reporter's record in this court **by June 17, 2022**. This is an accelerated appeal of an order terminating the appellant's parental rights. Consequently, this appeal must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2. Further extensions of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court